In the Matter of MAXWELL GELDBERG.— Application denied.  Present —
Dowling, Laughlin, Smith, Page and Shearn, JJ.

CHARLES H. WARFIELD v. WIRE WHEEL CORPORATION OF AMERICA.—
Motion denied, with ten dollars costs.  Present — Dowling, Laughlin,
Smith, Page and·Shearn, JJ.

---

## SECOND DEPARTMENT, DECEMBER, 1918.

In the. Matter of the Application of CHARLES S. WHITMAN for Judicial
  Review of Ballots Pursuant to the Provision of Section 381 of the Election
  Law.*
Motion for leave to appeal to the Court of Appeals and for a stay.

PER CURIAM: All questions presented upon this application can come
before the Court of Appeals upon an appeal from a final determination in
the present proceeding.  This motion to certify questions to that court is
denied, without costs, and the stay is vacated.  This denial is without
prejudice to any application that may be made after appeal from any final
order in these proceedings.    Jenks, P. J., Thomas, Putnam, Blackmar
and Jaycox, JJ., concurred.  All questions presented upon this application
can come before the Court of Appeals upon an appeal from a final deter-
mination in the present proceeding.  Motion to certify questions to the
Court of Appeals denied, without costs, and stay vacated.  This denial
is without prejudice to any application that may be made after appeal
from any final order in these proceedings.  Order signed.